**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 452 EAL 2018
:
Respondent    :
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
v.    :
:
:
JEROME C. BROOKS,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.